**FORM 9**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:　　　　　　　　　　　　　　　　:　　　　Case No. 09-61943
　　　　　　　　　　　　　　　　　　　:
　Danielle Solomon　　　　　　　　　　:　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　　　Judge Caldwell
　Debtor(s)　　　　　　　　　　　　　　:

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

　　　The attached check in the amount of $13.08 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Columbia Gas of Ohio, Inc.<br>200 Civic Center Dr.<br>11th Floor<br>Columbus, Ohio 43215 | 2 | $13.08 |

　　　Total Unclaimed/Small　　　　　　　　　Total Unclaimed
　　　Dividends $25.00 or under　　　　　　　Dividends Over $25.00

　　　$13.08　　　　　　　　　　　　　　　　$


Dated: August 5, 2011　　　　　　　　　　　　Case Trustee:/s/Christal L. Caudill
　　　　　　　　　　　　　　　　　　　　　　Christal L. Caudill
　　　　　　　　　　　　　　　　　　　　　　2130 Arlington Ave.
　　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215